No. 53—2449. Brewer v. Almini. This was an action by

appellee against appellant to recover a balance alleged to be due for work and labor performed by the former for the latter in painting and decorating his dwelling house, then in the process of erection. A jury was waived and the case tried by the court, resulting in a finding for plaintiff and judgment for $76.50 against defendant, who prosecutes this appeal. No question of law was raised on the trial. *Held*, that the judgment was supported by the evidence. Opinion PER CURIAM. Judge below, RICHARD PRENDERGAST. Attorneys, for appellant, Mr. W. W. RICHARDSON: for appellee, Messrs. GARDNER, McFADON & GARDNER. Opinion filed Dec. 8, 1886.